SAVOY FINANCE CORPORATION, Respondent, v. JOHN J. DELACEY and Another, Appellants.— Order of the County Court of Kings county reversed on the law, with ten dollars costs and disbursements, and motion to vacate and cancel the judgment granted, with ten dollars costs. The summons issued in the County Court was irregular and void, providing, as it did, that the defendants should appear or answer within six days. Under these circumstances the court was without power to compel an appearance or to impose costs. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

HELEN LEE SHECTOR, Respondent, v. ISIDORO FONTANA and Another, Appellants, Impleaded with LEON MAYMON, Defendant.— Order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

HELEN LEE SCHECTOR, Respondent, v. ISIDORO FONTANA and Others, Defendants, Impleaded with ALADAR GROSS, Appellant.— Order affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

HELEN LEE SCHECTOR, Respondent, v. ISIDORO FONTANA and Others, Defendants, Impleaded with ALADOR GROSS, Appellant.— The main appeals in this case having been determined (See ante, p. 837), the motion for a stay is denied, the purchaser to have five days' extension of time to complete the purchase. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ. Settle order on notice.

FRANCIS E. WARD, Respondent, v. SOUTH SHORE MOTOR TRANSPORTATION COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

MAY WEBER, Respondent, v. SOLOMON BERINGER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kappor, JJ.

HARRIETTE G. YOUNG, Respondent, v. HERMAN J. YOUNG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.